# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Insurance Company,** | ) ) ) ) | Civil Case No.  8:09-cv-00407 |
| **Plaintiff,** | ) ) | **ORDER GRANTING ENLARGEMENT OF TIME FOR** |
| **v.** | ) ) | **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| **U.S. BANK NATIONAL ASSOCIATION,** | ) ) ) | |
| **Defendant.** | ) | |

THIS MATTER CAME BEFORE THE COURT on the Parties' Joint Stipulation for Enlargement of Time for Plaintiff's Response to Defendant's Motion to Dismiss (Filing No. 19). The Plaintiff requests additional time up to and including April 7, 2010 to reply to Defendant's Motion to Dismiss Under Federal Rule of Civil Procedure 12(B) (6) (Filing No. 19).  As stated in the Joint Stipulation (filing No. 30), both counsel for plaintiff and for defendant have agreed to the extension of the deadline for Plaintiff to file its response to Defendant's Motion to Dismiss.

IT IS ORDERED:

1.     The Parties' Joint  Stipulation for Enlargement of Time for Plaintiff's Response to Defendant's Motion to Dismiss (Filing No. 30) is granted; and

2.     The Plaintiff shall reply to the Defendants' Motion to Dismiss Under Federal Rule of Civil Procedure 12(B) (6) (Filing No. 19) on or before April 7, 2010.

DATED THIS 8th day of April, 2010.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge