# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY,<br><br>        Plaintiff,<br><br>     v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br><br>        Defendant. | 8:09CV407<br><br>AMENDED ORDER FOR INITIAL PROGRESSION OF CASE |

This matter is before the court on the plaintiff's Motion to Continue Progression Order Deadlines (Filing No. 51). The plaintiff represents the defendant has no objection to the requested extensions of time. Upon consideration and for good cause shown,

**IT IS ORDERED:**

1. The plaintiff's Motion to Continue Progression Order Deadlines (Filing No. 51) is granted.

2. Any motion to amend pleadings and/or add parties shall be filed **not later than November 1, 2010**, by the plaintiff, and **not later than January 3, 2011**, by the defendant.

3. Any motion seeking certification of this case as a class action shall be filed **not later than May 2, 2011**.

4. A telephone conference with the undersigned magistrate judge will be held **on April 1, 2011, at 11:00 a.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the call.**

DATED this 1st day July, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge