IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV407 |
| vs. | ) ) | ORDER |
| U.S. BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Pretrial Conference Under Federal Rule of Civil Procedure 16(a)(3) & 16(c)(2)(F) (Filing No. 61). The defendant seeks a conference with the court regarding a discovery plan. Specifically, the defendant references the parties disputes related to several pending motions. Under the circumstances, the court will hold a hearing on the pending motions after briefing on the matters is completed. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motion for Pretrial Conference Under Federal Rule of Civil Procedure 16(a)(3) & 16(c)(2)(F) (Filing No. 61) is granted.

2. The defendant's Joint Motion for Protective Order (on behalf of the defendant and third-party FAF Advisors Inc.) (Filing No. 46); the defendant's Joint Motion for Protective Order (on behalf of the defendant and third-party Mount Vernon Securities Lending Trust) (Filing No. 54); and the plaintiff's Motion to Compel Discovery from U.S. Bank (Filing No. 62) are hereby scheduled for hearing on **August 24, 2010, at 10:00 a.m.** in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 20th day of July, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge