IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY,** | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV407 |
| v. | ) ) | ORDER |
| **U.S. BANK NATIONAL ASSOCIATION,** | ) ) ) | |
| Defendant. | ) | |

The court held a telephone status conference with counsel for all parties on April 1, 2011. After a discussion with counsel, a telephone planning conference will be held on **April 27, 2011 at 2:00 p.m. CDT.** Counsel for the plaintiff will arrange for, and initiate, the telephone conference.

**IT IS SO ORDERED.**

DATED this 1st day of April, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge