IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV407 |
| v. | ) ) | ORDER |
| U.S. BANK NATIONAL ASSOCIATION, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Seal Plaintiff's Proposed Second Amended Complaint (Filing No. 120).  At the telephone status conference held in this matter on April 1, 2011, the court and counsel for the parties discussed giving restricted access to the proposed second amended complaint and its attachments.  The plaintiff agreed and the defendant had no objection.

**IT IS ORDERED:**

1. The plaintiff's Motion to Seal Plaintiff's Proposed Second Amended Complaint (Filing No. 120) is granted as follows.  The plaintiff's Proposed Second Amended Complaint and Demand for Jury Trial (Filing No. 121) is hereby placed under access restricted to court staff and counsel of record.

2. The Clerk of Court shall amend the docket entry accordingly and change the designation from SEALED to RESTRICTED pursuant to NECivR 5.0.3 and court procedures.

3. The Clerk of the Court shall further amend the docket entry to indicate Filing No. 121 is a Proposed Second Amended Complaint and Demand for Jury Trial.

DATED this 1st day of April, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge