IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV407 |
| v. | ) ) | ORDER |
| U.S. BANK NATIONAL ASSOCIATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court following a telephone conference with counsel on May 31, 2011. After a discussion with counsel,

**IT IS ORDERED:**

1. All fact discovery is to be completed by **November 17, 2011**.

2. On or before **October 3, 2011**, the plaintiff shall file a notice designating any expert witnesses it intends to call at trial.

3. On or before **November 4, 2011**, the defendants shall file a notice designating any expert witnesses they intend to call at trial.

4. The court will conduct a telephone planning conference at **10:00 a.m. on November 17, 2011**, for the purpose of scheduling this matter to trial. The plaintiff's counsel shall initiate the telephone conference.

DATED this 31st day of May, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge