# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV407 |
| v. | ) ) | ORDER |
| U.S. BANK NATIONAL ASSOCIATION, et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Extend Discovery Deadlines and Motion to Stay Scheduling Order Pending Resolution of Motion to Extend Discovery Deadlines (Filing No. 236).  The court held a telephone conference with counsel on October 11, 2011.  After the discussion with counsel,

**IT IS ORDERED:**

1. The court will conduct a telephone planning conference at **10:00 a.m. on January 5, 2012**, for the purpose of scheduling this matter to trial.  The plaintiff's counsel shall initiate the telephone conference.

2. The plaintiff's Motion to Extend Discovery Deadlines and Motion to Stay Scheduling Order Pending Resolution of Motion to Extend Discovery Deadlines (Filing No. 236) is granted insofar as all discovery deadlines set out in the May 31, 2011, order (Filing No. 160) are suspended pending the January 5, 2012, planning conference.

DATED this 12th day of October, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge