IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | ) ) ) | |
| Plaintiff, | ) ) | 8:09CV407 |
| vs. | ) ) | ORDER |
| U.S. BANK NATIONAL ASSOCIATION, U.S. BANCORP ASSET MANAGEMENT, U.S. BANCORP, and EMIL C. BUSSE, JR., | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on Woodmen's Motion for Leave to Extend the Duration of Defendant Emil Busse's Deposition (Expedited) (Filing No. 318) and Defendant Emil C. Busse, Jr.'s Expedited Motion to Amend Pleading (Filing No. 322). The court held a telephone conference on March 23, 2012. Woodmen was represented by Cathy S. Trent-Vilim, Mark E. Novotny, and Patrick G. Vipond. Busse was represented by Robert J. Hennessey. U.S. Bank National Association, U.S. Bancorp Asset Management, and U.S. Bancorp were represented by Steve W. Gaskins and Richard J. Gilloon. Upon discussion of the matters with counsel, the court finds the motions should be granted.

**IT IS ORDERED:**

1. Woodmen's Motion for Leave to Extend the Duration of Defendant Emil Busse's Deposition (Expedited) (Filing No. 318) is granted. Woodmen shall have two days of up to seven hours each to depose Busse.

2. Defendant Emil C. Busse, Jr.,'s Expedited Motion to Amend Pleading (Filing No. 322) is granted. Busse shall have to **on or before March 29, 2012**, to file an amended answer.

DATED this 23rd day of March, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge