# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Insurance Company, | ) ) ) ) | Civil Case No. 8:09-cv-00407 |
| Plaintiff, | ) ) | AMENDED NOTICE OF VIDEOTAPED |
| v. | ) ) | TELEPHONIC DEPOSITION OF |
| U.S. BANK NATIONAL ASSOCIATION; U.S. BANCORP ASSET MANAGEMENT, INC., f/k/a FAF ADVISORS, INC. a Delaware Corporation; U.S. BANCORP, a Delaware Corporation; and EMIL C. BUSSE, JR., | ) ) ) ) ) ) ) | ANDREW BURLET |
| Defendants. | ) | |

NOTICE IS HEREBY GIVEN of the following videotaped and telephonic deposition:

**Deponent:**            Andrew Burlet

**Date and Time**:       April 30, 2012 at 3:00 p.m. or at an earlier or later time
                         designated and mutually agreed to by the parties

**Location**:            Law Offices of Gaskins Bennett Birrell
                         Schupp, L.L.P
                         333 South 7th Street, Suite 2900
                         Minneapolis, MN 55402

**Court Reporter/
   Videographer:**       Kinsella, Hartigan Court Reporters

The deposition will be held via telephone and recorded by stenographic and audiovisual means and will continue until completed and adjourned.

Dated this 2nd day of May, 2012.

                               WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, Plaintiff

                 By:     /s/ Cathy Trent-Vilim
                             Patrick G. Vipond, #16390
                             Mark Novotny, #19102
                             Cathy S. Trent-Vilim, #22489
                             LAMSON, DUGAN and MURRAY, LLP
                             10306 Regency Parkway Drive
                             Omaha, NE  68114
                             Tel: (402) 397-7300
                             *ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 2nd day of May, 2012, I had the foregoing document electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| **Steve W. Gaskins** | **Robert J. Hennessey** |
| **Nicholas Rogers** | **Jonathan Harris** |
| **Sara H. Daggett** | **Daniel J. Sheran** |
| **Robert W. Vaccaro** | LINDQUIST & VENNUM, PLLP |
| GASKINS BENNETT BIRRELL SCHUPP, L.L.P | 4200 IDS Center |
| | 80 South 8th Street |
| 333 South 7th Street, Suite 2900 | Minneapolis, MN 55402 |
| Minneapolis, MN 55402 | rhennessey@lindquist.com |
| sgaskins@gaskinsbennett.com | jharris@lindquist.com |
| nrogers@gaskinsbennett.com | dsheran@lindquist.com |
| sdaggett@gaskinsbennett.com | |
| rvaccaro@gaskinsbennett.com | |

**Richard J. Gilloon**
**Matthew B. Reilly**
ERICKSON, SEDERSTROM LAW FIRM
10330 Regency Parkway Drive, Suite 100
Omaha, NE 68114
rgill@eslaw.com
mreil@eslaw.com

                             /s/ Cathy Trent-Vilim