IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Woodmen of the World Life Insurance Society,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Bank National Association,<br><br>Defendant. | Civil No.  8:09-cv-00407<br><br>Judge Joseph F. Bataillon<br><br>**NOTICE OF SERVICE** |

    I hereby certify that on July 2, 2012, I served the following:

    Defendants' Expert Reports of Sharon Brown-Hruska, Ph.D., Patrick Conroy, Ph.D., Donald M. Nicholson, and Erik Sirri, Ph.D.; and

    U.S. Bank's Disclosure of Non-Retained Expert Testimony

by U.S. Mail, postage prepaid, to:

    Cathy Trent-Vilim, Esq.
    Patrick G. Vipond, Esq.
    Mark Novotny, Esq.
    Lamson, Dugan and Murray, LLP
    10306 Regency Parkway, Drive
    Omaha, NE 68114-3743

    Robert J. Hennessey, Esq./Terrence J. Fleming, Esq/Thomas F. Pursell, Esq.
    Lindquist & Vennum, P.L.L.P.
    80 South 8th Street, Suite 4200
    Minneapolis, MN  55402-2205

Dated:  July 2, 2012                 s/Nicholas F. Rogers
                                       Steve W. Gaskins
                                       MN Bar No. 147643 (admitted *pro hac vice*)
                                       Nicholas F. Rogers
                                       MN Bar No. 0390873(admitted *pro hac vice*)
                                       Sara H. Daggett
                                       MN Bar No. 0386628 (admitted *pro hac vice*)
                                       Robert W. Vaccaro
                                       MN Bar No. 0313750 (admitted *pro hac vice*)
                                       GASKINS BENNETT BIRRELL SCHUPP, LLP
                                       333 S. Seventh Street, Suite 2900

    Minneapolis, MN 55402
    612.333.9500
    612.333.9579 (fax)
    sgaskins@gaskinsbennett.com
    nrogers@gaskinsbennett.com
    sdaggett@gaskinsbennett.com
    rvaccaro@gaskinsbennett.com

    and

    Richard J. Gilloon
    Bar No. 15397
    ERICKSON & SEDERSTROM
    One Regency Westpointe
    10330 Regency Parkway Drive
    Omaha, NE 68114-3761
    402.397.2200
    402.390.7137 (fax)
    rgill@eslaw.com

    ***Attorneys for Defendants U.S. Bank National Association, U.S. Bancorp Asset Management, Inc., and U.S. Bancorp***

## CERTIFICATE OF SERVICE

  I hereby certify that on July 2, 2012, I electronically filed the foregoing Notice of Service of with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cathy S. Trent-Vilim  ctrent-vilim@ldmlaw.com, kwoodke@ldmlaw.com, pattym@ldmlaw.com

Daniel J. Sheran  dsheran@lindquist.com

Dominick T. Gattuso  dgattuso@proctorheyman.com

Kurt M. Heyman  kheyman@proctorheyman.com

Mark E. Novotny  mnovotny@ldmlaw.com, cathyv@ldmlaw.com, dawnk@ldmlaw.com, seden@ldmlaw.com

2

Matthew B. Reilly     reilly@eslaw.com

Melissa N. Donimirski     mdonimirski@proctorheyman.com

Nicholas F. Rogers     nrogers@gaskinsbennett.com, jtakata@gaskinsbennett.com

Patrick G. Vipond     pvipond@ldmlaw.com, jeannal@ldmlaw.com

Richard J. Gilloon     rgill@eslaw.com, lkell@eslaw.com

Robert J. Hennessey     rhennessey@lindquist.com, eanderson@lindquist.com, lsatriano@lindquist.com

Robert W. Vaccaro     rvaccaro@gaskinsbennett.com, jtakata@gaskinsbennett.com

Sara H. Daggett     sdaggett@gaskinsbennett.com, jtakata@gaskinsbennett.com

Steve W. Gaskins     sgaskins@gaskinsbennett.com, jtakata@gaskinsbennett.com, nicholas.vlietstra@usbank.com

Terrence J. Fleming     tfleming@lindquist.com

Thomas F. Pursell     tpursell@lindquist.com

Dated: July 2, 2012          s/Nicholas F. Rogers
                             Nicholas F. Rogers, Admitted *Pro Hac Vice*