# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, A Nebraska Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, U.S. BANCORP ASSET MANAGEMENT, INC., U.S. BANCORP, and EMIL C. BUSSE, JR.,<br><br>    Defendants. | CASE NO:  8:09CV407<br><br>*ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE AND SERVE EXHIBIT LISTS* |

This matter is before the Court pursuant to the December 28, 2012 Joint Motion for Extension of Time to File Designations and Serve Exhibit Lists (Filing No. 566).  Upon consideration,

**IT IS ORDERED:**

The Court's January 5, 2012 Order (Filing No. 295) is hereby modified as follows:

a. Each party shall have until on or before **January 7, 2013**, to file and serve on opposing counsel a list of all exhibits that party expects to offer or may offer at trial, and, if requested, permit examination of such exhibits.

Dated this 28th day of December, 2012.

            **BY THE COURT:**

            s/ Thomas D. Thalken
            **United States Magistrate Judge**