IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society, | ) ) ) ) | Civil Case No. 8:09-cv-00407V |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| U.S. BANK NATIONAL ASSOCIATION; U.S. BANCORP ASSET MANAGEMENT, INC., f/k/a FAF ADVISORS, INC. a Delaware Corporation; U.S. BANCORP, a Delaware Corporation; and EMIL C. BUSSE, JR., | ) ) ) ) ) ) ) ) | JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE |
| Defendants. | ) ) | |

COME NOW Plaintiff Woodmen of the World Life Insurance Society and Defendants U.S. Bank National Association, U.S. Bancorp Asset Management, Inc., U.S. Bancorp, and Emil C. Busse, Jr. (collectively the "Parties"), by and through their respective attorneys of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move this Court for an Order dismissing the above-captioned matter with prejudice and on the merits.

In support of their joint motion, the Parties represent to the Court as follows:

1.  The Parties have settled this matter;

2.  Plaintiff Woodmen of the World Life Insurance Society hereby dismisses the above-captioned matter, and any and all claims or causes of action contained therein, with prejudice and on the merits;

3.  Defendant U.S. Bank National Association hereby dismisses its counterclaim in the above-captioned matter, and any and all claims or causes of action contained therein, with prejudice and on the merits; and

1

4. Each party shall pay its own costs and attorneys' fees.

Wherefore Plaintiff Woodmen of the World Life Insurance Society and Defendants U.S. Bank National Association, U.S. Bancorp Asset Management, Inc., U.S. Bancorp, and Emil C. Busse, Jr., hereby pray that the Court enter an Order dismissing the above-captioned matter, and any and all claims, causes of action, and counterclaims therein, with prejudice and on the merits, each party to bear its own costs and attorneys' fees.

          WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Not for Profit Fraternal Benefit Society, Plaintiff

By:   *s/ Mark E. Novotny*
Patrick G. Vipond, #16390
Mark Novotny, #19102
Cathy S. Trent-Vilim, #22489
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
Tel: (402) 397-7300
Fax: (402) 397-7824

U.S. BANK NATIONAL ASSOCIATION, U.S. BANCORP ASSET MANAGEMENT, INC., and U.S. BANCORP, Defendants

By:   *s/ Steve W. Gaskins*
Steve W. Gaskins
MN Bar No. 147643 (admitted *pro hac vice*)
Sara H. Daggett
MN Bar No. 0386628 (admitted *pro hac vice*)
Robert W. Vaccaro
MN Bar No. 0313750 (admitted *pro hac vice*)
GASKINS BENNETT BIRRELL SCHUPP, LLP
333 S. Seventh Street, Suite 2900
Minneapolis, MN 55402
Tel: (612) 333-9500
Fax: (612) 333-9579
sgaskins@gaskinsbennett.com
sdaggett@gaskinsbennett.com

rvaccaro@gaskinsbennett.com

and

Richard J. Gilloon
ERICKSON, SEDERSTROM LAW FIRM
10330 Regency Parkway Drive
Suite 100
Omaha, NE 68114
(402) 397-2200
Fax: (402) 390-7137
Email: rgill@eslaw.com

EMIL C. BUSSE, JR., Defendant


By:   *s/ Thomas Pursell*
      Robert J. Hennessey (admitted *pro hac vice*)
      Thomas Pursell (admitted *pro hac vice*)
      LINDQUIST & VENNUM, PLLP
      4200 IDS Center
      80 South 8th Street
      Minneapolis, MN 55402
      Tel: (612) 371-3211
      Fax: (612) 371-3207
      rhennessey@lindquist.com
      tpursell@lindquist.com