IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, a Nebraska Not for Profit Fraternal Benefit Society,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION; U.S. BANCORP ASSET MANAGEMENT, INC., f/k/a FAF ADVISORS, INC. a Delaware Corporation; U.S. BANCORP, a Delaware Corporation; and EMIL C. BUSSE, JR.,<br><br>    Defendants. | Civil Case No. 8:09-cv-00407V<br><br><br><br><br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

  Plaintiff Woodmen of the World Life Insurance Society and Defendants U.S. Bank National Association, U.S. Bancorp Asset Management, Inc., U.S. Bancorp, and Emil C. Busse, Jr. (collectively the "Parties") have settled the above-captioned matter. A copy of the executed Settlement and Release Agreement was received by this Court during a hearing held on February 26, 2013 (Dkt. No. 686). In accordance with the terms of the Parties' agreement, Plaintiff and Defendants have filed a Joint Stipulated Motion to Dismiss With Prejudice (Dkt. No. 688) in which Plaintiff asks this Court to dismiss with prejudice and on the merits the above-captioned matter and any and all claims or causes of action contained therein, and Defendant U.S. Bank National Association asks this Court to dismiss with prejudice and on the merits its counterclaim in the above-captioned matter and any and all claims or causes of action contained therein.

  IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned matter, including Plaintiff's claims and causes of action against Defendants and Defendant U.S. Bank National Association's counterclaim against Plaintiff, is hereby dismissed

in its entirety, with prejudice and on the merits. The Parties shall be responsible for their own costs and attorneys' fees.

DATED this 6th day of March, 2013.

By the Court:

s/ Joseph F. Bataillon
United States District Court Judge