IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODMEN OF THE WORLD LIFE INSURANCE SOCIETY, | ) ) ) | Case No. 8:09CV407 |
| Plaintiff, | ) ) | ORDER TO WITHDRAW EXHIBITS |
| vs. | ) ) | OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE |
| U.S. BANK NATIONAL ASSOCIATION, et al, | ) ) ) | DESTROYED |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) , counsel for plaintiff and defendants shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

**Plaintiff's Exhibits 2 - 14 from hearing held February 19-20, 2013**

**Defendants' Exhibits 100 - 103 and 105 - 108 from hearing held February 19-20, 2013**

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 23rd day of December, 2013.

s/ Joseph F. Bataillon
United States District Judge